**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Lourenco Mandambila Mafuta, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 25-CV-13955-AK |
| v. | ) |
| | ) |
| Antone Moniz, et al, | ) |
| | ) |
| Respondents (s). | ) |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/10/2026                                                    By the Court,

                                                    /s/ Courtney Horvath
                                                    Deputy Clerk